AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Jonathan Matos, Ramon Diaz | Case Number: 04-1800, 04-1801 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Charles B. Swartwood, III | Connolley | Davido, Ivkar |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/29/2004 | 4:01 P | Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 6/29/2004 | | | Agent Sheila O'Hara |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 6/29/2004 | X | X | Photograph of Camera at Back Door |
| 2 | | 6/29/2004 | X | X | Photograph of Camera at Front Door |
| 3 | | 6/29/2004 | X | X | Photograph of Front of House |
| 4 | | 6/29/2004 | X | X | Affidavit of Sheila O'Hara |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages