AO 442 (Rev. 5/93) Warrant for Arrest

SCANNED DATE: 07/19/04 BY: Sn

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAMON DIAZ
38 Ashley Street, New Bedford, MA

## WARRANT FOR ARREST

CASE NUMBER: 04-1801-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        RAMON DIAZ
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
felon in possession of a firearm; possession with intent to distribute cocaine, and possession and carrying of a firearm during a drug trafficking crime

in violation of
Title   18 and 21   United States Code, Section(s)  922(g)(1), 924(c)1)(A); 841(a)(1)

CHARLES B. SWARTWOOD
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

6-23-04 @ Boston, MA
Date and Location

Bail fixed at $ _____                                  by _____
                                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY
BY ARREST / ARRAIGNMENT ON 06/28/2004

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.